IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SAUL SOSA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-04-1421-F |
| | ) | |
| HOME DEPOT U.S.A., INC., a foreign corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Before the court is the Joint Motion of the Parties for Sealing of the Administrative Closing Order, docket entry no. 25. The motion was filed on July 13, 2005.

The operative portion of the motion states as follows: "Comes [sic] now the parties and jointly request the Court to seal the Administrative Closing Order entered in this case on July 13, 2005."

In numerous cases, the court has, upon a proper showing, ordered that pleadings or other papers be sealed. Indeed, the court has, in some instances, entered orders *sua sponte* requiring that documents be placed under seal. However, where public access to records of the activities of this court is at issue, the public is, in effect, a party to the case. If the public's interest in access to information about the activities of this court is to be subordinated to the desires of the litigants, a good reason for that action must be shown. The motion before the court provides no semblance of such a justification. The motion before the court fails to provide any reason for which the court should

override the public's interest in having the court's handling of its judicial business spread on the public record for all to see.

The motion is accordingly **DENIED**.

DATED August 3, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

04-1421p006 (pub).wpd